UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MIRTA VERONICA ANNA, <br>    Plaintiff, <br><br> v. <br><br> SEMINOLE HOSPITAL DISTRICT <br> OF GAINES COUNTY, TEXAS, <br>    Defendant. | § § § § § § § § § <br><br> Case No. 5:21-cv-00049 |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Seminole Hospital District of Gaines County, Texas, Defendant in the above entitled and numbered cause, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(b)(1) and would respectfully show this Court the following:

1. This is a removal of an action now pending in the 106th Judicial District Court of Gaines County, Texas, styled *Mirta Veronica Anna, Plaintiff v. Seminole Hospital District of Gaines County, Texas, Defendant*, Cause No. 20-11-18522 ("the State Court Action"). Plaintiff Mirta Veronica Anna instituted the State Court Action on November 20, 2020 with the filing of her *Plaintiff's Original Petition and Request for Disclosure*. Plaintiff filed her *Plaintiff's Second Amended Original Petition and Request for Disclosure* on January 27, 2021, asserting claims under Tex. Family Code § 261.110 and Tex. Lab. Code § 21.101, and, for the first time, a claim under the Constitution, laws, or treaties of the United States, to wit, a claim under the False Claims Act, 31 U.S.C. § 3730(h)(2).

2. This Notice of Removal is filed within thirty (30) days of Defendant's receipt through service or otherwise of a copy of Plaintiff's initial pleading setting forth a claim for relief under the Constitution, laws, or treaties of the United States and is, therefore, timely under 28

U.S.C. § 1446(b)(1). This Court is the district court for the district and division within which the State Court Action is pending, so that removal here is appropriate under 28 U.S.C. § 1446(a). This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1367(a), and 1446.

3. A copy of the docket sheet in the State Court Action is attached as **Exhibit 1**, as required by Local Rule 81.1(a)(4)(B). The Index required by Local Rule 81.1(a)(4)(A) is attached as **Exhibit 2**. True and correct copies of the following documents, which constitute all documents filed of record in the State Court Action, are attached hereto as **Exhibits 2.1-2.8**, as required by Local Rule 81.1(a)(4)(C):

2.1. *Plaintiff's Original Petition and Request for Disclosure*, filed on November 20, 2020;

2.2. *Plaintiff's Amended Original Petition and Request for Disclosure*, filed on November 24, 2020;

2.3. Plaintiff's jury demand, filed November 24, 2020;

2.4. *Citation issued to Seminole Hospital District of Gaines County, Texas*, dated November 24, 2020;

2.5. *Defendant's Plea to the Jurisdiction and Original Answer*, filed on December 14, 2020;

2.6. Defendant's *Request for Setting*, filed on December 22, 2020;

2.7. *Order Setting Hearing*, filed on December 22, 2020; and

2.8. *Plaintiff's Second Amended Original Petition and Request for Disclosure*, filed on January 27, 2021.

4. Defendant will file a copy of this Notice of Removal with the Clerk of the 106th Judicial District Court of Gaines County, Texas immediately after the filing of this Notice of Removal herein.

5. As evidenced by the certificate below, Defendant has served counsel for Plaintiff with a copy of this Notice of Removal.

WHEREFORE, Defendant respectfully requests that this case be removed from the 106th Judicial District Court of Gaines County, Texas to this Court and that this Court issue such notices and orders necessary to bring before it all proper parties, as well as such other orders and notices as may be authorized by law.

Respectfully submitted,

**RICHARDS RODRIGUEZ & SKEITH, LLP**
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Telephone: 512-391-8256
Facsimile: 512-476-1513

By: _/s/ Benjamin H. Hathaway_
Benjamin H. Hathaway
State Bar No. 09224500
Bhathaway@rrsfirm.com
Tonia Lucio
State Bar No. 00793080
Tlucio@rrsfirm.com
Anne Derrig
State Bar No. 24112764
Aderrig@rrsfirm.com

-and-

Don C. Dennis
State Bar No. 05749400
**BOERNER, DENNIS & FRANKLIN PLLC**
920 Avenue Q
Lubbock, Texas 79408
Telephone: 806-763-0044
Facsimile: 806-763-2084
dcdennis@bdflawfirm.com

*Attorneys for Seminole Hospital District of Gaines County, Texas*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been delivered to the following counsel of record on this, the 25th day of February 2021 by electronic notification and/or e-mail:

David J. Quan
Law Office of David J. Quan
5444 Westheimer Road, Suite 1700
Houston, Texas 77056
E-mail: DQuan@davidquanlaw.com
***Attorney for Plaintiff***

                                                                   _____
                                                                    Benjamin H. Hathaway