IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MIRTA VERONICA ANNA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:21-CV-049-BQ |
| § | |
| SEMINOLE HOSPITAL DISTRICT § | |
| OF GAINES COUNTY, § | |
| § | |
| Defendant. § | |

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. ECF No. 16.[1] On July 13, 2021, the United States District Judge transferred this case to the undersigned United States Magistrate Judge to "conduct all further proceedings, including the entry of judgment, in accordance with 28 U.S.C. § 636(c) and the consent of the parties." ECF No. 10; *see* ECF No. 7. Through the joint stipulation, the parties represent that they "have resolved their dispute and respectfully ask the Court to [o]rder that this matter be dismissed with prejudice and without award of costs or fees to either party" in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 16.

Having considered the joint stipulation and applicable law, the Court finds that this action should be dismissed. The undersigned **DIRECTS** the Clerk to close the above-captioned case based on the parties' Rule 41(a)(1)(A)(ii) joint stipulation of dismissal.

**SO ORDERED.**

---

[1] While the stipulation is not dated, it nevertheless (1) represents that it is joint stipulation, (2) bears the electronic signature of counsel of record for all parties who have appeared, and (3) has been duly filed with the Court. The Court finds this sufficient to satisfy the requisites of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: April 7, 2022.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE